UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY WRIGHT,<br><br>Petitioner,<br><br>v.<br><br>NEIL MCDOWELL, et al.,<br><br>Respondents. | No. 2:18-cv-03227 TLN GGH P<br><br><br><br>ORDER |

The court is in receipt of petitioner's "request for status up-date" inquiring as to his deadline to respond to respondent's answer. ECF No. 16. The court's previous December 27, 2018 order provided petitioner with the requisite deadlines, specifically his deadline to file a reply. See ECF No. 6 at 2 ("If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer[.]" Nevertheless, good cause appearing, the court will construe petitioner's request as a request for an extension of time to file a reply to respondent's answer.

IT IS HEREBY ORDERED that petitioner shall file a reply within thirty days from the date of this order.

Dated: April 2, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE