UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY WRIGHT,<br><br>Petitioner,<br><br>v.<br><br>NEIL MCDOWELL, et al.,<br><br>Respondents. | No. 2:18-cv-03227-TLN-GGH<br><br><br><br>**ORDER** |

Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 23, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Petitioner has filed objections to the findings and recommendations. (ECF No. 20.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 23, 2019, are adopted in full;

2. Petitioner's application for a writ of habeas corpus is denied; and

3. The District Court issue a certificate of appealability referenced in 28 U.S.C. § 2253 limited to the issue of insufficient evidence regarding Petitioner's intent to benefit/assist a gang when he performed his violent acts.

Dated: January 16, 2020

Troy L. Nunley
United States District Judge