UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY WRIGHT,<br><br>    Petitioner,<br><br>    v.<br><br>NEIL MCDOWELL, et al.,<br><br>    Respondents. | No. 2:18-cv-03227 TLN GGH P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding in pro se. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 18, 2020, petitioner filed a motion to appoint appeals counsel. ECF No. 23. Petitioner's case was closed on January 21, 2020. ECF No. 21, 22. Petitioner is advised that because his case is now pending in the Ninth Circuit Court of Appeals, motions to appoint an attorney should be made to that court. Petitioner's motion at ECF No. 23 will, accordingly, not be considered here.

Dated: March 3, 2020

                                        /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE